**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re Texas Construction Specialists, L.L.C.

Appellate case number:    01-18-01028-CV

Trial court case number:  16-CV-1259

Trial court:              405th District Court of Galveston County

Peter M. Kelly and his former firm, Kelly, Durham & Pittard, LLP, have filed a motion to withdraw as co-counsel for relator, Texas Construction Specialists, L.L.C. *See* TEX. R. APP. P. 6.1(b), 6.5. The motion is **granted**.

The Clerk of this Court is directed to note the withdrawal of Peter M. Kelly, Dana Levy, and Kelly, Durham & Pittard, LLP (now Durham, Pittard & Spalding, LLP) as counsel for relator on the docket of this Court. Andrew E. Lemanski and Armando Lopez remain as counsel for relator in this proceeding. *See* TEX. R. APP. P. 6.2.

It is so ORDERED.

Judge's signature: _/s/ Julie Countiss_____
                     ☑ Acting individually     ☐ Acting for the Court

Date: _January 15, 2019__